Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Acting Associate Regional Solicitor
**Susan Seletsky**, Attorney (CSBN #176106)
Office of the Solicitor (Sol#0918455)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
   Telephone: (213) 894-4983
   Facsimile:  (213) 894-2064
seletsky.susan@dol.gov

Attorneys for the Plaintiff

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**[1], <br>    Secretary of Labor, <br>    United States Department of Labor, <br><br>                Plaintiff, <br><br>                v. <br><br> **ALTON HOTEL MANAGEMENT, INC.** <br>   **doing business as RAMADA INN,** a California corporation; <br> **LINDA CHU,** Individually and as Managing Agent of the Corporate Defendant; and, <br> **ALEX CHU**, Individually and as Managing Agent of Corporate Defendants, <br><br>              Defendants. | Case No.: CV 09-490 DSF (AGRx) <br><br> **CONSENT JUDGMENT** |

1) Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary") and defendants Alton Hotel Management, Inc. doing business as Ramada Inn, a California corporation, Linda Chu, individually and as managing agent of the corporate defendant and Alex Chu, individually and as managing agent of the corpo-

---

[1] The caption of this pleading is amended pursuant to Fed.R.Civ.Pr. 25(d) to reflect the appointment of Hilda L. Solis as the Secretary of Labor.

**CONSENT JUDGMENT** (Sol#0918455))                                                         Page 1 of 7

rate defendant (collectively, "defendants"), have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment in accordance herewith:

    A. The Secretary has filed a Complaint alleging that defendants violated provisions of Sections 15(a)(2), 15(a)(3) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2), 215(a)(3) and 215(a)(5).

    B. Defendants have appeared and after having been advised by the plaintiff of the right to retain defense counsel, acknowledge receipt of a copy of the Secretary's Complaint, waive issuance and service of process and waive answer and any defense herein.

    C. The Secretary and defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action, without further contest.

    D. Defendants admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

    E. Defendants are entering into this Consent Judgment in order to speedily and efficiently resolve this litigation.

    It is therefore, upon motion of the attorneys for the Secretary, and for cause shown,

    ORDERED, ADJUDGED, AND DECREED that the defendants, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, pursuant to FLSA § 17, 29 U.S.C. § 217, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2), 15(a)(3) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 215(a)(2), 215(a)(3) and 215(a)(5), in any of the following manners:

    1. Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce or in the production of goods for

commerce, within the meaning of the FLSA, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), 29 U.S.C. § 203(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

2. Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

3. Defendants shall not, contrary to FLSA § 15(a)(3), 29 U.S.C. § 215(a)(3), discharge or otherwise discriminate against any employee for exercising any right protected by the FLSA.

4. Defendants, jointly and severally, shall not continue to withhold the payment of $ 9,250.00 in unpaid overtime pay hereby found to be due under the FLSA to the employees named on the attached Exhibit 1. Exhibit 1 shows the name of each employee, the gross back wage amount due the employee and the period covered by the Consent Judgment; and it is further

ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered, pursuant to FLSA § 16(c), 29 U.S.C. § 216(c), in favor of the Secretary and against the defendants in the total amount of $ 9,250.00 representing unpaid back wages as described in paragraph 3 above; and it is further

ORDERED that to satisfy the monetary portions of this Judgment, the defendants, jointly and severally, shall not fail to deliver to the Secretary's authorized representatives at the Wage and Hour Division, United States Department of Labor, 100 N. Bar-

1  ranca Avenue, Suite 850, West Covina, CA  91791, the following:

2      a.  On or before April 11, 2009, a schedule bearing the name "Alton Hotel
3  Management," employer identification number, address and phone number of the
4  defendants, and showing the name, last known home address, social security
5  number, and gross backwage amount for each person as listed in the attached Ex-
6  hibit 1.

7      b.  On or before April 11, 2009, a certified or cashier's check or money or-
8  der payable to the order of the "Wage & Hour Div., Labor" and with "Alton-
9  BWs" written thereon in the amount of $9,250.00;

10      c.  In the event of a default in the timely making of the payment required
11  under this Judgment, the full amount which then remains unpaid, plus interest at
12  the rate of ten percent (10%) per year, from the date of this Judgment until the full
13  amount of this Judgment is paid in full, shall become due and payable upon the
14  Secretary's sending by ordinary mail a written demand to the last business address
15  of the defendants then known to the Secretary;

16 The Secretary shall allocate and distribute the remittances, or the proceeds thereof, to the
17 persons named in the attached Exhibit 1, or to their estates if that be necessary, in her
18 sole discretion.  The Secretary shall be responsible for deducting from the amounts paid
19 to said persons the employees' share of F.I.C.A. and federal income taxes, and for remit-
20 ting said deductions to the appropriate federal agencies.  Any money not so paid within a
21 period of one year from the date of receipt of the last such money due hereunder, be-
22 cause of an inability to locate the proper persons or because of their refusal to accept it,
23 shall be deposited by the Secretary in a special deposit account for payment to the proper
24 persons and upon such inability to pay within three years, shall then be deposited in the
25 Treasury of the United States as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c);
26 and, it is further

27      ORDERED that the filing, pursuit, and/or resolution of this proceeding with the
28 entry of this Judgment shall not act as or be asserted as a bar to any action under FLSA

1  § 16(b), 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit 1 nor
2  as to any employee named on the attached Exhibit 1 for any period not specified therein;
3  and, it is further
4      ORDERED that each party shall bear its own fees and other expenses incurred by
5  such party in connection with any stage of this proceeding, including but not limited to
6  attorneys' fees, which may be available under the Equal Access to Justice Act, as
7  amended; and, it is further
8      ORDERED that this Court shall retain jurisdiction of this action for purposes of
9  enforcing compliance with the terms of this Consent Judgment.
10
11      Dated: 4/1/09.                           _____
12                                                U.S. DISTRICT COURT JUDGE
13  For the defendants:
14  Each defendant hereby appears, waives
15  service of process and any defense
    herein, consents to the entry of
16  this Judgment, and waives notice by the
17  Clerk of Court:
18
19  For:  ALTON HOTEL MANAGEMENT
20
21  By: _____        _____
         Authorized Agent                              Date
22
23  Its: _____
24
25
26  _____    _____
    LINDA CHU                                         Date
27
28  ///

**CONSENT JUDGMENT** (Sol#0918455))                              Page 5 of 7

1
2
3  _____     _____
   ALEX CHU                                    Date
4
5  For the plaintiff:
   CAROL. A. DEDEO
6  Deputy Solicitor for National Operations
7
8  LAWRENCE BREWSTER
   Regional Solicitor
9
10
   DANIEL J. CHASEK
11 Acting Associate Regional Solicitor
12
13 _____     _____
   SUSAN SELETSKY                              Date
14 Senior Trial Attorney
15 Office of the Solicitor, U.S. Department of Labor
16
17
18
19
20
21
22
23
24
25
26
27
28

**CONSENT JUDGMENT** (Sol#0918455))                         **Page 6 of 7**

Exhibit 1

| Name of Employee | Dates of Employment | Gross Backwages Due |
|---|---|---|
| Alegria-Reyes, Silvia | 10/15/06 – 09/28/08 | $ 2,201.59 |
| Bermudez, Yanis | 10/15/06 – 11/04/07 | 1,086.34 |
| Cota, Ramona | 10/29/06 – 12/17/06 | 110.57 |
| Garcia, Rossy | 10/29/06 – 12/17/06 | 110.57 |
| Gomez, Aida | 02/03/08 – 09/28/08 | 552.88 |
| Hernandez, Magdalena | 10/29/06 – 08/17/08 | 1,436.02 |
| Hernandez, Marcela | 11/05/06 – 12/03/06 | 69.11 |
| Inez, Guadalupe | 10/29/06 – 02/11/07 | 221.15 |
| Lara, Azucena | 08/24/08 – 09/28/08 | 94.78 |
| Monterrosa, Sofia | 08/17/08 – 08/24/08 | 31.59 |
| Rocha, Ramon | 04/20/08 – 06/08/08 | 142.17 |
| Sanchez, Jonaha | 04/27/08 – 05/25/08 | 78.98 |
| Sanchez, Serena | 11/05/06 – 08/03/08 | 1,378.27 |
| Saravia, Mirna | 10/15/06 – 07/20/08 | 1,704.39 |
| Soria, Arnulfo | 05/25/08 – 06/01/08 | 31.59 |